**Order entered October 29, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01044-CV

**CHANDLER MANAGEMENT CORPORATION, Appellant**

**V.**

**FIRST SPECIALTY INSURANCE CORPORATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-12-06968**

## ORDER

We **GRANT** appellant's October 23, 2013 unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on October 23, 2013 filed as of the date of this order.

/s/     ADA BROWN
          JUSTICE